UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSOLIDATED BUS TRANSIT, INC., JSJ SERVICE, INC., and CBT PARA TRANSIT, INC.

Plaintiff,

-v-

LOCAL 854 PENSION FUND and THE BOARD OF TRUSTEES OF LOCAL 854 PENSION FUND.

Defendant.

Case No. 22cv3493

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Consolidated Bus Transit, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no publicly held corporate parents, affiliates and/or subsidiaries.

**Date:** April 29, 2022

**Signature of Attorney**

**Attorney Bar Code:** 9886

Form Rule7_1.pdf  SDNY Web 10/2007