Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Joseph E. Clark
Senior Counsel
d +1.212.969.3178
f 212.969.2900
jclark@proskauer.com
www.proskauer.com

June 15, 2022

**By ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Consolidated Bus Transit, Inc. et al. v. Local 854 Pension Fund et al.*, No. 22-cv-3493-RA

Dear Judge Abrams:

We represent Defendants in the above-referenced matter. Pursuant to Section 1.D of Your Honor's Individual Rules and Practices in Civil Cases, we write jointly with Plaintiffs' counsel to request an adjournment of the initial status conference scheduled for July 1, 2022, to the week of July 11th or thereafter, due to counsel's unavailability in light of the July 4th holiday. For the Court's information, counsel is available during the week of July 11th other than (i) before 1:00 on July 12 and (ii) on July 13.

The parties also respectfully request a corresponding adjustment to the deadline to file the joint letter and proposed case management plan and scheduling order, for which the current deadline is June 24, 2022. (Dkt. 18). This is the parties' first request regarding these dates.

We thank the Court for its consideration.

Respectfully,

*/s/ Joseph E. Clark*

Joseph E. Clark

cc   All counsel of record

Application granted.

The conference is hereby adjourned to July 18, 2022 at 2:30 p.m. If the parties so desire, however, they may submit a joint letter requesting that the Court approve their case management plan without a conference.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/17/22