

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Joseph E. Clark
Senior Counsel
d +1.212.969.3178
f 212.969.2900
jclark@proskauer.com
www.proskauer.com

July 8, 2022

**By ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:  *Consolidated Bus Transit, Inc. et al. v. Local 854 Pension Fund et al.*, No. 22-cv-3493-RA

Dear Judge Abrams:

We represent Defendants in the above-referenced matter.  Pursuant to Section 1.D of Your Honor's Individual Rules and Practices in Civil Cases, we write jointly with Plaintiffs' counsel to request an adjournment of the initial status conference scheduled for July 18, 2022, to the week of August 8th or thereafter.  Counsel are in the process of negotiating a standstill of this litigation, with the purpose of affording the parties time to resolve any alleged disputes, and believe that the requested adjournment would further these efforts.  For similar reasons, the parties respectfully request a corresponding adjustment to the deadline to file the joint letter and proposed case management plan and scheduling order, the current deadline for which is July 11, 2022.

This is the parties' second request regarding these dates.  The Court granted the parties' first request.  (Dkt. 28).

We thank the Court for its consideration.

Respectfully,

/s/ Joseph E. Clark

Joseph E. Clark

cc       All counsel of record

Application granted.

The conference is adjourned to August 12, 2022 at 4:45 p.m.  The parties shall submit their joint letter and case management plan by August 5, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
07/12/22