UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSOLIDATED BUS TRANSIT, INC. *et al*,

                Plaintiffs,

v.

LOCAL 854 PENSION FUND *et al*,

                Defendants.

No. 22-cv-3493 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold a conference regarding Defendants' motion to stay on July 18, 2024 at 11:30 a.m. By July 12, 2024, the parties shall jointly advise the Court as to whether they wish for the conference to be held in person or remotely.

SO ORDERED.

Dated:    July 8, 2024
            New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge