**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CONSOLIDATED BUS TRANSIT, INC.,
JSJ SERVICE, INC., and CBT PARA
TRANSIT, INC.,

                            Plaintiffs,

              v.

LOCAL 854 PENSION FUND and the
BOARD OF TRUSTEES of the LOCAL 854
PENSION FUND,

                         Defendants.

---

Case No.: 1:22-cv-3493-RA

~~[PROPOSED]~~ **ORDER GRANTING**
**DEFENDANTS' MOTION**
**TO STAY LITIGATION**

HON. RONNIE ABRAMS, United States District Judge

        Upon review of the Parties' submissions, IT IS HEREBY ORDERED that Defendants' Motion to Stay Litigation is GRANTED.  This Action is stayed pending the United States Court of Appeals for the Second Circuit's final decision in *Mar-Can Transportation Co., Inc. v. Local 854 Pension Fund*, No. 24-1063 (2d Cir. Apr. 22, 2024) and all related appeal proceedings. The parties shall file a status update within one week of any decision by the Second Circuit. The Clerk of Court is respectfully directed to close the gavels at Docket Numbers 45 and 48.

 SO ORDERED.

Dated:  July 18, 2024

                                                _____

                                     Hon. Ronnie Abrams
                                     United States District Judge