UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CONSOLIDATED BUS TRANSIT, INC., JSJ SERVICE INC., and CBT PARA TRANSIT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL 854 PENSION FUND and THE BOARD OF TRUSTEES OF THE LOCAL 854 PENSION FUND,<br><br>Defendants. | No. 22-CV-3493 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 18, 2024, the Court stayed this case pending the decision of the Second Circuit Court of Appeals in *Mar-Can Transportation Co., Inc. v. Local 854 Pension Fund*, No. 24-1431(L), 24-512(XAP) (2d Cir.).  The parties, informed the Court in a joint status update on February 25, 2026 that a decision had been rendered by the Second Circuit. Dkt. 63.  Accordingly, the Court granted the Parties' request to reopen the case and submit a revised Case Management Plan within two weeks of the date of the parties' joint status update.  The parties also indicated in their letter that this matter may be close to resolution through settlement.

No such revised Case Management Plan has been received.  Accordingly, the parties are directed to submit a status update by Friday, April 10.  Furthermore, if the case has not yet settled in principle by that date, the parties are directed to submit a joint revised Case Management Plan. SO ORDERED.

Dated:    April 3, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge